BERTHOLD LEVY et al., Respondents, *v.* ROBERT J. DEAN, as Assignee of WALTER CARR & Co., Appellant.

*Levy* v. *Carr,* 85 Hun, 289, affirmed.
(Submitted January 17, 1899; decided January 31, 1899.)

APPEAL from a judgment and order of the late General Term of the Supreme Court in the first judicial department, entered respectively April 3 and March 26, 1895, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*H. Aplington* for appellant.

*Meyer Auerbach* and *Henry L. Scheuerman* for respondents.

Judgment and order affirmed, with costs, on opinion below. All concur, except PARKER, Ch. J., not sitting.

---

JERRY CONNOLLY, SR., Respondent, *v.* THE CENTRAL VERMONT RAILROAD COMPANY, Appellant,

*Connolly* v. *Central Vermont R. R. Co.,* 4 App. Div. 221, affirmed.
(Argued January 18, 1899; decided January 31, 1899.)

APPEAL from a judgment and order of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Louis Hasbrouck* for appellant.

*J. A. Smith* for respondent.

Judgment and order affirmed, with costs; no opinion. All concur, except GRAY, J., dissenting.